UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **FREDRICKA WRIGHT** | **CASE NO. 3:20-CV-0098** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **UNITED PARCEL SERVICE, INC. (OHIO), ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation [Doc. No. 28] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motions to dismiss for failure to state a claim upon which relief can be granted [Doc. Nos. 14 & 21] are hereby **GRANTED**, and that plaintiff's claims against defendants, Chris Dickens and Keith McCarty, are **DISMISSED, WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that movants' requests for an award of fees, costs, and other relief [Doc, Nos. 14 & 21] are **DENIED.**

Monroe, Louisiana, this 17TH day of April, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE